UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA KIRKLAND-CHEA,

    Plaintiff,

v.                                                   Case No: 8:16-cv-1505-T-36JSS

SETERUS, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. 26). In accord with the Joint Stipulation for Final Order of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Final Order of Dismissal with Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record